

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2015

No. 04-15-00121-CV

**INTEREST OF A.T., A.T., X.T., M.T., AND F.T.**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02073
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's request for a reporter's record in this interlocutory appeal included a request for the records of the hearings conducted on September 10, 2013, October 24, 2013, and September 23, 2014. The docket sheet indicates these hearings were reported by court reporter David Zarate. The record was originally due March 30, but we granted Zarate an extension of time to April 10 to file the record. The records of these hearings have not been filed.

We **order** David Zarate to file the records of these hearings by **April 17, 2015.** No extensions of time will be granted.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2015.

_Keith E. Hottle_
Clerk of Court